IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| **BRAHEIM BALLARD,** | : | No. 15-180-9, 7, 16, 10, 12, 17 |
| **HASAN CHANEY,** | : | |
| **BRANDON SEGERS,** | : | |
| **WILLIAM JEFFERSON,** | : | |
| **JAMAL DOGGETT,** | : | |
| **SEI STONE** | : | |
| | : | |

## <u>ORDER</u>

**AND NOW,** this 29th day of November, 2018, upon consideration of Defendant Ballard's "Motion for Judgment of Acquittal Under Rule 29 or, in the Alternative, For a New Trial Under Rule 33, Federal Rules of Criminal Procedure" (Doc. No. 1306), Defendant Chaney's "Omnibus Post Trial Motion Pursuant to Rules 29 & 33 of the Federal Rules of Criminal Procedure" (Doc. No. 1331), Defendant Stone's "Motion to Vacate . . . Denial of . . . Pro Se Motion to Withdraw Guilty Plea" (Doc. No. 1418), Defendant Ballard's "Motion for a New Trial Due to the Government's Misconduct" (Doc. No. 1419), Defendant Doggett's "Motion for Miscellaneous Relief" (Doc. No. 1420), Defendant Jefferson's "Motion to Withdraw Plea" (Doc. No. 1421), Defendant Stone's "Amended Motion to Vacate . . . Denial of . . . Pro Se Motion to Withdraw Guilty Plea" (Doc. No. 1509), Defendant Jefferson's "Supplemental Motion for Withdrawal of Guilty Plea" (Doc. No. 1510), Defendant Doggett's "Motion to Strike and Vacate" (Doc. No. 1531), Defendant Doggett's "Supplemental Motion to Strike and Vacate" (Doc. No. 1532), Defendant Doggett's Pro Se "Motion to Dismiss the Indictment" (Doc. No. 1543), and the

respective responses and replies thereto, and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that these motions are **DENIED**.

It is further **ORDERED**, upon consideration of Defendant Segers' "Motion to Join the Motion of Hasan Chaney for Miscellaneous Relief Under Seal" (Doc. No. 1417), Defendant Chaney's "Motion to Join" (Doc. No. 1422), Defendant Segers' "Motion to Join the Motion of Braheim Ballard for a New Trial" (Doc. No. 1423), Defendant Segers' "Motion to Join the Reply of Hasan Chaney" (Doc. No. 1439), Defendant Doggett's Motion to Reinstate (Doc. No. 1521), Defendant Doggett's "Motion to Append and Adopt" (Doc. No. 1549), and Defendant Jefferson's "Motion to Join in Defendant Jamal Doggett's Motion to Append and Adopt" (Doc. No. 1573), that these motions are **GRANTED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____
**MITCHELL S. GOLDBERG, J.**