**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| | : | |
| v. | : | |
| | : | |
| HASAN CHANEY | : | NO. 15-180-7 |

**ORDER**

**AND NOW,** this 23rd day of September, 2026, upon consideration of Defendant's 28 U.S.C. § 2255 Motion (Dkt. No. 2131), the Government's Response (Dkt. No. 2148), Defendant's Reply (Dkt. No. 2150), the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The § 2255 Motion is **DISMISSED** and **DENIED**, without an evidentiary hearing; and
3. Defendant has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

BY THE COURT:

GAIL A. WEILHEIMER, J.